UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL SAMSONE, | No. 2:16-cv-1178 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. PRICE, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's June 24, 2016 motion for an extension of time (ECF No. 11) is granted;

2. Plaintiff is granted 30 days from the date of this order in which to file an application to proceed in forma pauperis.

Dated:  July 1, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sams1178.36